** INSURANCE ADJUSTERS — EXAMINATION ** COULD THE INSURANCE BOARD PURSUANT TO 36 O.S. 1306 [36-1306], 36 O.S. 1325 [36-1325] LEGALLY GIVE AN EXAMINATION TO ALL ADJUSTERS APPLYING FOR LICENSE UNDER THE ABOVE STATUTE? IN THIS SAME SITUATION, IF THE EXAMINATION WOULD BE LEGAL, COULD THE BOARD CHARGE A FEE FOR SUCH EXAMINATION AND, IF SO, WHAT AMOUNT? NEGATIVE CITE: 36 O.S. 3481.1 [36-3481.1] 36 O.S. 1309 [36-1309] (FRED HANSEN)